

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00430-CR

**JESSE HARGROVE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2011-2208-C2

## MEMORANDUM OPINION

Jesse Hargrove was convicted of evading arrest or detention using a vehicle and sentenced to three years in prison. *See* TEX. PENAL CODE ANN. § 38.04 (West Supp. 2012). He appealed that conviction. On January 4, 2013, we received a copy of an order signed by the trial court which granted Hargrove's motion for new trial. By letter dated January 9, 2013, the clerk of this Court notified the parties that, because the trial court granted a new trial, we would dismiss the appeal as moot unless, within 21 days from

the date of the letter, a response was filed showing grounds for continuing the appeal.

No response has been filed.

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 44.3.


                              TOM GRAY
                              Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 7, 2013
Do not publish
[CR25]